**Order entered February 3, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00693-CR

**JACOBO RAFAEL REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 065987**

## ORDER

On November 30, 2016, we adopted the trial court's findings and granted appellant thirty days in which to retain counsel and make arrangements to pay for the reporter's record. To date, appellant has not contacted the Court with information regarding retained counsel, no one has made an appearance on appellant's behalf, and the reporter's record has not been filed.

Therefore, we shall consider appellant as proceeding pro se until he provides the Court with written notification (including the name and contact information) that he has hired new counsel. In light of this, we **DIRECT** the Clerk of the Court to send all future notifications to appellant at 1928 E. 6th Street, Irving, TX 75060. Appellant is **ORDERED** to provide, with **TEN DAYS** of the date of this order, written verification he has paid or made arrangements to

pay for the reporter's record. If appellant fails to do so, the Court will order this appeal submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c)(2).

The Clerk is **DIRECTED** to send copies of this order to appellant; Joe Brown, Grayson County District Attorney's Office; and Paula Thomas, official court reporter, 397th Judicial District Court.

/s/     ADA BROWN
          JUSTICE